TRE LEGAL PRACTICE
ANNA R. LEVINE (Bar No. CA 227881)
E-Mail: alevine@trelegal.com
TIMOTHY ELDER (Bar No. CA 277152)
E-Mail: telder@trelegal.com
1155 Market Street, 10th Floor
San Francisco, CA  94103

Attorneys for *Plaintiff*
**NANCY LANGENBERGER**

MANATT, PHELPS & PHILLIPS, LLP
DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:     (310) 312-4000
Facsimile:      (310) 312-4224

Attorneys for *Defendants*
**BLUE SHIELD OF CALIFORNIA LIFE &
HEALTH INSURANCE CO.,** and **BLUE SHIELD
OF CALIFORNIA PROMISE HEALTH PLAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LANGENBERGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE CO., BLUE SHIELD OF CALIFORNIA PROMISE HEALTH PLAN aka CARE 1ST HEALTH PLAN,<br><br>　　　　　Defendants. | No.  5:19-cv-00291-SVK<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE CO. WITHOUT PREJUDICE |

　　　　Plaintiff Nancy Langenberger ("Plaintiff") and defendant Blue Shield of California Life & Health Insurance Co. ("Blue Shield Life") filed a Stipulation to dismiss Blue Shield Life without prejudice.

1     Having considered the Stipulation, IT IS HEREBY ORDERED THAT:

2     A.     The Complaint is dismissed without prejudice as to Blue Shield Life; and

3     B.     Any applicable statute of limitations or statute of repose with respect to claims that were asserted against Blue Shield Life in the Complaint is tolled during the pendency of this action.

6     **IT IS SO ORDERED.**

7     Dated: 03/18/2019

_Susan van Keulen_
Honorable Susan van Keulen
United States Magistrate Judge