| | |
|---|---|
| 1 | TRE LEGAL PRACTICE |
| | ANNA R. LEVINE (Bar No. CA 227881) |
| 2 | E-Mail: alevine@trelegal.com |
| | TIMOTHY ELDER (Bar No. CA 277152) |
| 3 | E-Mail: telder@trelegal.com |
| | 1155 Market Street, 10th Floor |
| 4 | San Francisco, CA 94103 |
| 5 | Attorneys for *Plaintiff* |
| | **NANCY LANGENBERGER** |
| 6 | |
| 7 | MANATT, PHELPS & PHILLIPS, LLP |
| | DONALD R. BROWN (Bar No. CA 156548) |
| 8 | E-mail: dbrown@manatt.com |
| | 11355 West Olympic Boulevard |
| 9 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 10 | Facsimile: (310) 312-4224 |
| 11 | Attorneys for *Defendants* |
| | **BLUE SHIELD OF CALIFORNIA LIFE &** |
| 12 | **HEALTH INSURANCE CO.,** and **BLUE SHIELD** |
| | **OF CALIFORNIA PROMISE HEALTH PLAN** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LANGENBERGER, | No. 5:19-cv-00291-SVK |
| Plaintiff, | [~~PROPOSED~~] ORDER ON SECOND STIPULATION TO FURTHER EXTEND TIME FOR RESPONSE TO COMPLAINT, AND SECOND STIPULATION AND MOTION TO EXTEND TIME FOR INITIAL DISCLOSURES AND JOINT INSPECTION UNDER G.O. 56 AND SCHEDULING ORDER |
| v. | |
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE CO., BLUE SHIELD OF CALIFORNIA PROMISE HEALTH PLAN aka CARE 1ST HEALTH PLAN, | |
| Defendants. | |

Plaintiff Nancy Langenberger ("Plaintiff") and defendant Blue Shield of California Promise Health Plan aka Care 1st Health Plan ("Blue Shield Promise") filed a second stipulation to further extend the time for Blue Shield Promise to respond to the Complaint, and a second

323785385.1

[~~PROPOSED~~] ORDER ON STIPULATION
RE EXTEND RESPONSE DEADLINE

stipulated motion to extend the time for initial disclosures and a "joint inspection" under General Order ("G.O.") 56.

Having considered the stipulation and the stipulated motion, IT IS HEREBY ORDERED THAT:

A. The deadline for Blue Shield Promise to respond to the Complaint is continued from May 17, 2019 to June 17, 2019;

B. The deadline for Plaintiff and Blue Shield Promise to complete their initial disclosures is continued from May 28, 2019 to June 27, 2019; and

C. The deadline for a "joint inspection" under G.O. 56 is continued from June 3, 2019 to July 3, 2019. There shall be no further extensions.

**IT IS SO ORDERED.**

Dated: May 20, 2019

*Susan van Keulen*
Honorable Susan van Keulen
United States Magistrate Judge